# The United States District Court
## Southern District of California

| | |
|---|---|
| HIBA ENAYAT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>The Electra Owners Association, a Domestic Non-Profit Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 3:21-cv-00634-JO-AHG<br><br>Order Granting Joint Motion for Dismissal with Prejudice |

On July 11, 2022, Plaintiff Hiba Enayat and Defendant The Electra Owners Association filed a joint motion for dismissal of the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Upon due consideration, good cause appearing, the Court GRANTS the joint motion and DISMISSES this action in its entirety with prejudice.

Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines and to close the case.

**IT IS SO ORDERED.**

Dated: 7/11/22

Hon. Jinsook Ohta
United States District Court Judge